UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020

KARIAN RIVERA,

           Plaintiff,

-against-

WALEED SHABO JEBO and JEBO'S TRUCKING, INC.,

           Defendants.

1:20-cv-2189-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received competing letters from the parties dated December 18, 2020 [ECF No. 18], December 20, 2020 [ECF No. 19], and December 21, 2020 [ECF Nos. 20–21], regarding the completion of discovery in this matter. IT IS HEREBY ORDERED that:

- The deadline to complete discovery is extended to February 22, 2021;

- Defendants' request to further depose Plaintiff is GRANTED insofar as Plaintiff shall be questioned **only** on matters relating to Plaintiff's surgery on December 1, 2020, and Plaintiff's recovery thereafter;

- Plaintiff's request to depose Defendant Jebo's Trucking, Inc. is GRANTED;

- Defendants' request to depose Plaintiff's 18-year-old child who was a passenger in the vehicle with Plaintiff at the time of the accident is GRANTED; and

- the post-discovery conference scheduled for January 19, 2021, at 10:00 AM is adjourned to March 2, 2021, at 11:30 AM.

No further discovery extensions will be granted absent good cause. Should any discovery disputes arise, the parties must meet and confer in an attempt to resolve the dispute. If they cannot

1

do so, the issue must be brought to the Court's attention well in advance of discovery deadlines. Deadlines will not automatically be extended to accommodate the resolution of discovery disputes.

**Failure to comply with deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses.**

**SO ORDERED.**

Date:  **December 21, 2020**    **MARY KAY VYSKOCIL**
       **New York, NY**    **United States District Judge**