```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIAN RIVERA,

            Plaintiff,

-against-

WALEED SHABO JEBO and JEBO'S TRUCKING, INC.,

            Defendants.

1:20-cv-2189-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received a letter from the Plaintiff requesting that the Clerk of the Court be directed to issue a subpoena for a citation that Defendant, Waleed Shabo Jebo, received on August 25, 2019. [ECF No. 41]. The Clerk of the Court respectfully is directed to issue a subpoena in the form attached to the Plaintiff's letter.

**SO ORDERED.**

Date: **September 8, 2021**
       **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**